IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01227-WYD-KLM

JETAIME ESQUIBEL,

   Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

   Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#11][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#11] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [##11-1, 11-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: October 1, 2015

---

[1] "[#11]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.