IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-01227-WYD-KLM

JETAIME ESQUIBEL,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed. R .Civ. P. 41(a)(1)(A)(ii) (ECF No. 28) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:   February 11, 2016

                                              BY THE COURT:

                                              */s/ Wiley Y. Daniel*
                                              WILEY Y. DANIEL,
                                              SENIOR UNITED STATES DISTRICT JUDGE